United States Courts
Southern District of Texas
FILED

OCT 12 2021

Nathan Ochsner, Clerk of Court

**To:**

**The United States District Courthouse**
**515 Rusk St**
**Houston, TX 77002**

Cause Number: 4:21-cv-03079 / NOS 440<br>
Wayne Smith<br>
Versus<br>
David Hittner, et al.

Oct.12, 2021

To the Court,

According to the Order filed Oct. 1, 2021, I have or will be forwarding copies of the following: as noted by Certificate(s) of Service copies

1- The Oct.1 Order of Court
2- The summons and the complaint
3- The Court's Procedures with all attachments

And below is a list of parties who may have an interest in this case.

1- Wayne Smith  2- MTGLQ and Associates  3- Attorney Brandon Hakari
3- McCarthy & Holthus, LLP  4- David Hittner, individually and as Judge
5- Harris County Court House  6- Texas Supreme Court
7- United States Supreme Court

Sincerely,

_Wayne Smith_, ProSe
Wayne Smith, ProSe