United States District Court
Southern District of Texas
**ENTERED**
December 03, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WAYNE SMITH §<br>  Plaintiff, §<br>§<br>VS. §<br>§<br>JUDGE DAVID HITTNER §<br>AND §<br>MTGLQ INVESTORS, L.P. §<br>  Defendants. § | CIVIL ACTION NO. 4:21-CV-3079 |

## ORDER FOR A CONTINUANCE OF THE JOINT DISCOVERY/CASE MANAGEMENT PLAN AND THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE, AND ALL OTHER DEADLINES PURSUANT TO FED. R. CIV. P. 26(f)

The Court now considers the United States' "Opposed Motion for Continuance of the Joint Discovery/Case Management Plan and the Initial Pretrial and Scheduling Conference, and all other deadlines pursuant to Fed. R. Civ. P. 26(f)."

Having considered the Motion, the Court finds the Motion has merit and should be GRANTED.

IT IS HEREBY ORDERED that the Joint Discovery/Case Management Plan be filed on __01.25.22__. and the Initial Pretrial and Scheduling Conference is reset to __02.01.22__.

SIGNED this __3rd__ day of __December__, 2021.

_____
**HONORABLE SAM S. SHELDON**
UNITED STATES MAGISTRATE JUDGE