# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **WAYNE SMITH,** § § | |
| *Plaintiff,* § § | |
| v. § | **CIVIL ACTION NO. 4:21-cv-03079** |
| § | |
| **DAVID HITTNER, et al.,** § § | |
| *Defendants.* § | |

## **ORDER**

On this day, the Court considered Defendant MTGLQ Investors, LP's Motion for Extension of Time to Respond to Complaint, and additional briefing, if any, and is of the opinion that the Motion is meritorious. It is therefore,

ORDERED that Defendant MTGLQ Investors, LP's Motion for Extension of Time to Respond to Complaint is GRANTED; it is further,

ORDERED that Defendant MTGLQ Investors, LP's deadline to respond to the Complaint for Violation of Civil Rights (Doc. 1) is now January 27, 2022.

SO ORDERED.

Signed on  December 24, 2021 , at Houston, Texas.

Sam Sheldon
United States Magistrate Judge

4872-1008-1287.1