Case 4:21-cv-03079 Document 33 Filed on 02/01/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>February 1, 2022</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>9:57-10:04AM</u>   AFTERNOON: _____
*******************************************************************************
CIVIL  NO 4:21cv3079

| | |
|---|---|
| Wayne Smith, | Pro Se |
| Plaintiff | |
| vs. | |
| David Hittner, et al | Melissa Sue Gutierrez |
| | Alexander Nishan Dergaradian |
| Defendants | |

*******************************************************************************
MINUTE ENTRY ORDER:

<u>The Court conducted the Initial Conference. The Court advised the parties that it will issue Memorandum and Recommendations regarding all outstanding motions: Motion for Recusal (Dkt. No. 27); Motion regarding Plaintiff's religion (Dkt. No. 28); and Motion to Dismiss (Dkt. No. 30). The Court ORDERED that discovery shall be STAYED until Judge Eskridge issue final Order regarding these three motions.</u>

SIGNED in Houston, Texas, this <u>1st</u> day of February, 2022.

_____
Sam Sheldon
United States Magistrate Judge