United States Courts
Southern District of Texas
F I L E D

SEP 12 2022

Nathan Ochsner, Clerk of Court

# United States Court Of Appeals
# For The Fifth Circuit

| | |
|---|---|
| **Wayne Smith** | **Appeal Number** |
| | No. 22-20403 |
| **Plaintiff /Appellant** | **Civil Case Number(s)** |
| | USDC No. 421-cv-03079 /NOS 440 |
| David Hittner, Charles Eskridge, | |
| Sam S Sheldon, MTGLQ Investors, LP | |
| And *Officers of Harris County Court, | |
| * Lis Pen-dens Pending | |
| **Defendant(s) / Appellees** | |

## Motion Request

Comes Forth Now the Plaintiff, Wayne Smith, without the benefit of counsel,

to request a motion for a stay of the Judgment or order as reference above, of the

district court, pending appeal and granting an injunction while my appeal is

being processed.

Whereby I this day file this," Motion Request" and request that it may be

granted in order to seek out the truth in the time provided concerning my case.

Respectfully Submitted this day Sept. 7th, 2022,

*Wayne Smith* (signature)

Wayne Smith

# United States Court Of Appeals
# For The Fifth Circuit

United States Courts
Southern District of Texas
FILED

SEP 1 2 2022

Nathan Ochsner, Clerk of Court

**Wayne Smith**

Plaintiff /Appellant

Appeal Number
No. 22-20403

Civil Case Number(s)
USDC No. 421-cv-03079 /NOS 440

David Hittner, Charles Eskridge,
Sam S Sheldon, MTGLQ Investors, LP
And *Officers of Harris County Court,
* Lis Pen-dens Pending
Defendant(s) / Appellees

To the District Court Clerks,

Ladies or Gentlemen Clerks, please forward the enclosed envelopes to persons of the Court known by office as Judges of the Court since addresses are privy to me whereas I ask for your assistance.

Thank you,

Very Sincerely,

Wayne Smith, Pro Se

Wayne Smith, ProSe
5723 Painted Trail Dr.
Houston, Texas 77084

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX
77084
SEP 09, 22
AMOUNT
$1.68
R2305M144662

United States Courts
Southern District of Texas
FILED
SEP 12 2022
Nathan Ochsner, Clerk of Court

United States District South
*(District Clerk) Court
515 Rusk St.
Houston, Texas 77002

Wayne Smith, Pro Se
5423 Painted Trail Dr.
Houston, Tx, 77084

Mr. Charles Eskridge
C/O District Clerks of Court

Wayne Smith, pro Se
5423 Painted Trail Dr.
Houston, Tx. 7784

Mr. Sam S. Sheldon
C/o District Clerks of Court

Wayne Smith, Pro Se
5423 painted Trail Dr.
Houston, TX, 77084

Mr. David Hittner
c/o District Clerk of Court