United States Courts
Southern District of Texas
FILED
SEP 13 2022
Nathan Ochsner, Clerk of Court

# United States District Court
# For The
# Southern District Of Texas

| | |
|---|---|
| Wayne Smith | Appeal Number |
| | No. 22-20403 |
| Plaintiff /Appellant | Civil Case Number(s) |
| | USDC No. 421-cv-03079 /NOS 440 |
| David Hittner, Charles Eskridge, | |
| Sam S Sheldon,MTGLQ Investors, LP | |
| And *Officers of Harris County Court, | |
| * Lis Pen-dens Pending | |
| Defendant(s) / Appellees | |

## Plaintiff Petitions
## Court To Revise Decision
## Based On Inadequate Responses

Now comes, Plaintiff Wayne Smith prior to Appeals Court, Petitioning this court and the now presiding Judge for an entry of Default Judgment for the failure of Defendants taking action in Plaintiff's lawsuit against Defendants. Neither David Hittner nor MTGLQ Investors LP. took any action in mentioning any part of the Civil Rights Law Suit or refuting Plaintiff's claims against the defendant As grounds for this petition also, Plaintiff states that MTGLQ Investors LP., defendant never filed any kind of response answer to Plaintiff's Complaint (but only filed a Motion to Dismiss stating their cause only). Plaintiff by Defendants' actions requests for the court to issue an order in favor of Plaintiff and all he asked for in his complaint, as shown in his Section VIII Prayer.

Respectfully Submitted By:        + *Wayne Smith*
Wayne Smith, ProSe                    Plaintiff, Wayne Smith
5723 Painted Trail Drive
Houston, Texas 77084

# Certificate oF Service (s)
## Appeal No. 33-20403 Docs.
## Civil- USDC 421-cv-03079 / NOS

I Wayne Smith, hereby certify that a true and correct copy of the enclosed and foregoing has been delivered to or will be, to MTGLQ Investors, LP % Legal Department, (Golden Sacka) 200 West St., New York, NY 10282,. On this Day of 2022 In accordance with there rules governing the same.

*Wayne Smith*

5723 Painted Trail Drive
Houston, Texas 77084

I Wayne Smith, hereby certify that a true and correct copy of the enclosed and foregoing has been or will be delivered to Mr. David Hittner, Sam S. Shelton, and Charles Eskridge (known to the court as judges), in Care of the Clerks, 515 Rusk St., Houston, Tx 77002, On this Day of 2022, by and In accordance with there rules governing the same.

*Wayne Smith*

5723 Painted Trail Drive
Houston, Texas 77084

I Wayne Smith, hereby certify that a true and correct copy of the enclosed and foregoing has been or will be delivered to Cougill, Clare I (Individual/Attorney)under the assigns /appointee of Marilyn Burgess and Marilyn Burgess (Individual/District Clerk) % Marilyn Burgess(District Clerk) Harris County District Court, 49 San Jacinto St #303 Houston, TX 77002, In accordance with rules governing the same.

*Wayne Smith*

5723 Painted Trail Drive
Houston, Texas 77084